UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
ROBERTA CHITWOOD

CASE NO. 06 B 15931

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-6997

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/04/06 and confirmed on 03/07/07.

2. The case was dismissed after confirmation, 07/20/2007.

3. The Debtor paid a total of $    872.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 17161.83 | .00 | .00 |
| MORRIS COMMUNITY CREDIT | SECURED VEHIC | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17161.83 | .00 | .00 | .00 | 17161.83 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   3000.00 and was paid $    500.00  direct and $    828.40  through the plan.

The Trustee received $     43.60 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/10/07                        /S/  
                                       GLENN STEARNS  
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 06 B 15931 ROBERTA CHITWOOD
```